IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALMA TURNER                                                                                PLAINTIFF

v.                                          CIVIL NO. 05-1082

LINDA S. MCMAHON,[1] Commissioner
Social Security Administration                                                       DEFENDANT

## O R D E R

Plaintiff Alma Turner appealed the Commissioner's denial of benefits to this court. On September 21, 2006, the court entered an order remanding her case to the Commissioner pursuant to "sentence six" of 42 U.S.C. § 405(g). (Doc. # 13).

On October 25, 2006, plaintiff moved for approval of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA). (Doc. # 14). The defendant has filed a response, expressing no objection to this award. (Doc. # 17).

Plaintiff has submitted no evidence showing that she was awarded benefits or that the proceedings on remand have even been completed. Since there has been no determination that plaintiff is a prevailing party in this matter and judgment in this case has yet to be entered, we find plaintiff's counsel is not entitled to attorney's fees at this time. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). A claimant who obtains a "sentence six" remand is not eligible for attorney's

---

[1] Linda S. McMahon became the Social Security Commissioner on January 20, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.

fees under the EAJA until the results from the post-remand proceedings have been filed with the court and judgment entered.  *Id.*

Accordingly, plaintiff's motion for attorney's fees pursuant to the EAJA is hereby denied as premature.

DATED this 13th day of February 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE